NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RICHARD L. SHAFFER,**
*Claimant-Appellant,*

v.

**ERIC K. SKINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7052

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 10-CV-0758, Judge Robert N. Davis.

---

## ON MOTION

---

PER CURIAM.

## O R D E R

Richard L. Shaffer submits a "motion to compel."

Shaffer argues that the Secretary has failed to provide him with relevant case files. To the extent that Shaffer is arguing the merits of his appeal, those arguments belong in his brief.

Accordingly,

IT IS ORDERED THAT:

The motion to compel is denied.

FOR THE COURT

**APR 3 0 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Richard L. Shaffer
     J. Hunter Bennett, Esq.

s19

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 3 0 2012

JAN HORBALY
. CLERK